[Civ. No. 7696. Second Appellate District, Division Two.—April 4, 1933.]

EMILY A. CARSON, Appellant, v. CLARE WOOLWINE et al., Respondents.

Kelly, Stuart & Hendrick for Appellant.

James Hosick and Dana R. Weller for Respondents.

STEPHENS, J.—■ Upon an action for stockholders' liability judgment went for defendants and this appeal is upon the sole point that a judgment against defendants should have been ordered upon the court's findings. But the findings do not connect either of the defendants with the case.

Judgment affirmed.

Works, P. J., and Archbald, J., *pro tem.*, concurred.